# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 1:26-cv-08759**

**Automobile Mechanics' Local No. 701 Union and Industry Pension Fund, et al**

Plaintiff

**vs.**

**Trailmex Services, Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

| | |
|---|---|
| PARTY SERVED: | **TRAILMEX SERVICES, INC.** |
| PERSON SERVED: | **ELIZABETH GIL, REGISTERED AGENT** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **8/5/2026 at 9:50 AM** |
| ADDRESS, CITY AND STATE: | **7506 W. 84TH PLACE, BRIDGEVIEW, IL 60455** |

Race: **White** Sex: **Female** Age: **55**
Height: **5'4"** Weight: **160** Hair: **White** Glasses: **No**

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 8/11/2026.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Daniela Bert
Registration No: 117-001119

**CLIENT: Johnson & Krol, LLC**
**FILE #:**

Job #: **696442**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Automobile Mechanics' Local No. 701 Union and Industry Pension Fund, et al.

*Plaintiff(s)*

v.

Trailmex Services, Inc., an Illinois Corporation, and Elizabeth Gil, an individual

*Defendant(s)*

Civil Action No. 1:26-cv-08759

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trailmex Services, Inc.
Elizabeth Gil, Registered Agent and President
7506 W 84th Place
Bridgeview, IL 60455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Spencer James Garner
Johnson & Krol, LLC
141 West Jackson Boulevard, Suite 2055
Chicago, Illinois 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*




THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

Date: July 23, 2026