**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Automobile Mechanics' Local No. 701 Union and Industry Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−08759
Honorable Martha M. Pacold

Trailmex Services, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for entry of default under Rule 55(a) [12] is granted against defendants Trailmex Services, Inc., and Elizabeth Gil. Default is entered under Rule 55(a) against defendants Trailmex Services, Inc., and Elizabeth Gil. Enter order of default. By 10/15/26, the parties (or plaintiffs if defendants have not appeared) should file a status report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.