**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AUTOMOBILE MECHANICS' LOCAL NO. 701, UNION AND INDUSTRY PENSION FUND, *et al.*, | ) | |
| | ) | Case Number: 1:26-cv-08759 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Judge: Hon. Martha M. Pacold |
| | ) | |
| TRAILMEX SERVICES, INC., an Illinois corporation, and ELIZABETH GIL, an individual, | ) | Magistrate Judge: Hon. Heather K McShain |
| Defendants. | ) | |

**ORDER OF DEFAULT**

This matter coming before the Court on Plaintiffs' Motion for Order of Default Against Defendants TRAILMEX SERVICES, INC. ("Trailmex") and ELIZABETH GIL ("Gil") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion for Order of Default Against Defendants Trailmex and Gil is granted in favor of Plaintiffs and against the Defendants Trailmex and Gil.

2. A default is entered against Defendants Trailmex and Gil.

3. Within seven (7) days after being served with a copy of this Order of Default, Defendants Trailmex and Gil shall produce to Plaintiffs' counsel comprehensive payroll records for all Trailmex employees for the period May 1, 2026 through the present. The payroll records shall include, for each employee and each weekly payroll period, employee-specific weekly payroll information, including the number of hours worked, an itemized statement of all deductions from gross pay, and the net amount of pay received. Production shall be made to Spencer J. Garner, Johnson & Krol, LLC, 141 W. Jackson Boulevard, Suite 2055, Chicago, Illinois 60604, (312) 320-9420, garner@johnsonkrol.com.

Date: September 15, 2026

/s/ Martha M. Pacold
Honorable Martha M. Pacold
United States District Judge