**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AUTOMOBILE MECHANICS' LOCAL NO. 701, UNION AND INDUSTRY PENSION FUND, *et al.*, | ) | |
| | ) | Case Number: 1:26-cv-08759 |
| Plaintiffs, | ) | |
| vs. | ) | Judge: Hon. Martha M. Pacold |
| TRAILMEX SERVICES, INC., an Illinois corporation, and ELIZABETH GIL, an individual, | ) | Magistrate Judge: Hon. Heather K McShain |
| Defendants. | ) | |

**<u>JOINT STATUS REPORT</u>**

NOW COME Plaintiffs, the AUTOMOBILE MECHANICS' LOCAL NO. 701, UNION AND INDUSTRY PENSION FUND *et al.*, and Defendants, TRAILMEX SERVICES, INC., *et al.*, by and through their respective undersigned counsel, and hereby file this Joint Status Report pursuant to Judge Pacold's September 15, 2026, Minute Entry (Docket No. 16), as follows:

1. On September 15, 2026, Defendants' counsel filed an Appearance. (Docket No. 18).
2. The Parties are discussing document production to determine the full extent of the amounts owed by the Defendants.
3. Once the full extent of amounts owed by Defendants is determined, the Parties will engage in settlement discussions.
4. The Parties request that this Court enter an order requiring the Parties to file another Joint Status Report in one month.

Respectfully submitted,

**AUTOMOBILE MECHANICS' LOCAL NO. 701, UNION AND INDUSTRY PENSION FUND *et al.***

/s/ Spencer J. Garner - 6349089
*One of Plaintiffs' Attorneys*
Johnson & Krol, LLC
141 W Jackson Boulevard, STE 2055
Chicago, Illinois 60604
(312) 320-9420
garner@johnsonkrol.com

**TRAILMEX SERVICES, INC., *et al.***

/s/ Todd A. Miller (with permission)
*One of Defendants' Attorneys*
Allocco, Miller, & Cahill, P.C.
20 N. Wacker, Suite 3517
Chicago, Illinois 60606
(312) 675-4325
tam@alloccomiller.com