# EXHIBIT

# 2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AUTOMOBILE MECHANICS' LOCAL NO. 701, UNION AND INDUSTRY PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAILMEX SERVICES, INC., an Illinois corporation, and ELIZABETH GIL, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 1:26-cv-08759<br><br>Judge: Hon. Martha M. Pacold<br><br>Magistrate Judge: Hon. Heather K. McShain |

**AFFIDAVIT OF ATTORNEY'S FEES AND COSTS**

I, Spencer J. Garner, hold the title of Associate Attorney at the law firm of Johnson and Krol, LLC. Being first duly sworn, on oath deposes and states that to the best of my knowledge, the following is an accurate statement as to the attorneys' fees and costs the Plaintiffs have incurred in the above-captioned matter:

| **Date(s)** | **Description** | **Hrs:Min/Rate** | **Amount** |
|---|---|---|---|
| 07/09/2026–11/11/2026. | Various Fees and Costs (*See* Exhibit A) | | $12,054.72 |
| **Total** | | | **$12,054.72** |

Further the affiant saith not,

/s/ Spencer J. Garner

Spencer J. Garner

Subscribed and sworn before me this 19 day of November 2026.

Alicia [signature]

Notary Public

OFFICIAL SEAL
ALICIA M SUTTON
Notary Public, State of Illinois
Commission No. 988450
My Commission Expires March 20, 2028

## EXHIBIT A

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 7/9/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Draft | Emails and t/c w/ JAK re: default of Installment Agreement; draft default notice | 1.33 | $260.00 | $346.67 |
| 7/10/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Revise | Revise and send notice of default; emails w/ JAK re: same; update file | 0.33 | $260.00 | $86.67 |
| 7/10/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/revise | Review and revise notice of default | 0.5 | $375.00 | $187.50 |
| 7/13/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ contractor re: notice of default; update file | 0.25 | $260.00 | $65.00 |
| 7/14/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ FO re: payment; update file | 0.25 | $260.00 | $65.00 |
| 7/15/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ FO and JAK re: default notice | 0.33 | $260.00 | $86.67 |
| 7/20/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Emails w/ JAK re: complaint; emails w/ FO re: notice of termination; review same; draft complaint; update file | 0.58 | $260.00 | $151.67 |
| 7/21/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Review trust agreements and installment agreement; draft complaint | 2.08 | $260.00 | $541.67 |
| 7/22/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Draft | Draft complaint; emails w/ JAK re: same | 2.5 | $260.00 | $650.00 |
| 7/22/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | T/C | T/C w/ Earth; email w/ SJG | 0.17 | $375.00 | $62.50 |
| 7/23/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Court Filing | Revise complaint; emails w/ JAK re: same; organize exhibits; file complaint and all related documents; emails w/ | 2.83 | $260.00 | $736.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | | paralegal re: service of summons; update file | | | |
| 7/23/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/revise | Review and revise complaint | 1.25 | $375.00 | $468.75 |
| 7/23/26 | Kelly Pepping | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Cost | Court Filing Fee - Complaint paid to US Courts | | | $405.00 |
| 7/27/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review | Retrieve and review judge's order re: initial status report; update file | 0.17 | $260.00 | $43.33 |
| 7/30/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ paralegal re: service | 0.17 | $260.00 | $43.33 |
| 8/10/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ paralegal re: status of service | 0.17 | $260.00 | $43.33 |
| 8/11/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Court Filing | Emails w/ paralegal re: service; organize and file summonses; update file | 0.5 | $260.00 | $130.00 |
| 8/11/26 | Kelly Pepping | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Cost | Fee for Process Service paid to Judicial Attorney Services | | | $206.60 |
| 8/15/26 | Maria DeAnda | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Cost | Research paid to Bloomberg - by Spencer Garner on July 23, 2026 | | | $18.62 |
| 8/18/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ FO re: installment payment and outstanding contributions; update file and database | 0.17 | $320.00 | $53.33 |
| 8/25/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Review docket and standing order; draft motion for entry of default and proposed order | 1.33 | $320.00 | $426.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 8/27/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Review docket, complaint, and notice of default; emails w/ JAK and FO re: motion for entry of default; revise same; update file | 1.5 | $320.00 | $480.00 |
| 8/28/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Draft | Revise and file motion for order of default; emails w/ court re: same; draft and file status report; update file | 1.25 | $320.00 | $400.00 |
| 8/28/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/revise | Review and revise motion for order of default; discuss w/ SJG | 0.42 | $400.00 | $166.67 |
| 8/31/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Court Filing | Revise status report; file same; update file | 0.5 | $320.00 | $160.00 |
| 9/1/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review | Retrieve and review minute entry re: motion for entry of default; update file | 0.17 | $320.00 | $53.33 |
| 9/9/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Review docket; draft status report | 0.5 | $320.00 | $160.00 |
| 9/10/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Draft | Draft status report; emails w/ JAK re: same; file same; update file | 0.58 | $320.00 | $186.67 |
| 9/10/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/revise | Review and revise status report | 0.17 | $400.00 | $66.67 |
| 9/15/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Retrieve and review minute entry and Order of Default; emails w/ JAK re: same; emails w/ paralegal re: service; update file | 0.5 | $320.00 | $160.00 |
| 9/15/26 | Kelly Pepping | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Request | Request service of process re: Order & Minute Entry | 0.17 | $220.00 | $36.67 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 9/15/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Receipt of correspondence | Receipt of order of default; discuss next steps w/ SJG | 0.17 | $400.00 | $66.67 |
| 9/16/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Retrieve and review opposing counsel's appearance in lawsuit; emails and t/c w/ opposing counsel re: motion for entry of default; emails w/ FO and JAK re: same; update file | 0.58 | $320.00 | $186.67 |
| 9/17/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ JAK re: unopposed motion | 0.17 | $320.00 | $53.33 |
| 9/17/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Discuss | Discuss opposing counsel's appearance in case and request re: default | 0.17 | $400.00 | $66.67 |
| 9/18/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ opposing counsel and FO re: document production; update file | 0.33 | $320.00 | $106.67 |
| 9/21/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Emails w/ JAK and FO re: interest calculation and reports; multiple t/c's w/ FO re: blank reports; review same; draft and send reporting instructions to opposing counsel; update file | 1.5 | $320.00 | $480.00 |
| 9/21/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review | Review of emails from FO; emails w/ SJG re: interest calcs; review of emails from FO; emails w/ SJG re: response to opposing counsel | 0.25 | $400.00 | $100.00 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| 9/24/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w opposing counsel re: reports | 0.17 | $320.00 | $53.33 |
| 9/25/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ opposing counsel re: reports; update file | 0.17 | $320.00 | $53.33 |
| 10/5/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ opposing counsel re: reports | 0.17 | $320.00 | $53.33 |
| 10/6/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review | Emails w/ opposing counsel and FO re: reports; review same; t/c (voicemail) w/ FO re: same; update file | 0.58 | $320.00 | $186.67 |
| 10/7/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Emails and t/c w/ FO re: reports; review same; calculate amounts owed and draft status update; emails w/ JAK re: same; update file | 1.25 | $320.00 | $400.00 |
| 10/8/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ JAK and opposing counsel re: document production; update file | 0.5 | $320.00 | $160.00 |
| 10/8/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review | Review of emails from FO; review of complaint and status; discuss next steps w/ SJG | 0.33 | $400.00 | $133.33 |
| 10/12/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ opposing counsel re: document production; emails w/ paralegal re: certificates of nonservice; review docket and multiple minute entries | 0.25 | $320.00 | $80.00 |
| 10/15/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Review court docket; draft joint status report; emails w/ JAK and opposing counsel re: | 0.75 | $320.00 | $240.00 |

**EXHIBIT A**

| Date | User | Matter Number | Work Type | Description | Billable | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | | same; file same; update file | | | |
| 10/15/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/revise | Review and revise joint status report | 0.17 | $400.00 | $66.67 |
| 10/19/26 | Kelly Pepping | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Cost | Fee for Process Service paid to Judicial Attorney Services | | | $140.40 |
| 10/22/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ JAK re: September 2026 contributions; review file | 0.17 | $320.00 | $53.33 |
| 10/22/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review | Review of files and emails; t/c w/ Bendy; discuss motion for default judgment w/ SJG | 0.33 | $400.00 | $133.33 |
| 10/25/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Receipt/review | Receipt and review of Bendy's calculations; email to SJG w/ direction | 0.25 | $400.00 | $100.00 |
| 10/26/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Email correspondence | Emails w/ JAK and FO re: amounts owed | 0.25 | $320.00 | $80.00 |
| 11/6/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Review docket; draft motion for default judgment | 1.42 | $320.00 | $453.33 |
| 11/9/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/Draft | Draft motion for default judgment, proposed order, and certification; review court docket | 3.58 | $320.00 | $1,146.67 |
| 11/10/26 | Spencer Garner | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Draft | Draft certification; emails w/ JAK re: same | 0.75 | $320.00 | $240.00 |
| 11/11/26 | Jeffrey Krol | 701 TF Collections-Trailmex Services, Inc. - Collection/Litigation | Review/revise | Review and revise motion for default judgment | 1.33 | $400.00 | $532.00 |
| | | | | | | | **$12,054.72** |