**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Automobile Mechanics' Local No. 701 Union and Industry Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−08759
Honorable Martha M. Pacold

Trailmex Services, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiffs' motion for entry of default judgment under Rule 55(b), [20], against defendants Trailmex Services, Inc., and Elizabeth Gil. The court will consider the motion unopposed unless defendants object by 1/7/2027. By 1/12/2027, the parties should file a status report and plaintiffs should resend the proposed order to the proposed order box. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.